

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00475-CR

Jacqulin **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 272nd District Court, Brazos County, Texas
Trial Court No. 12-00820-CRF-272
Honorable Travis B. Bryan III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 6, 2013.

Catherine Stone, Chief Justice